**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ozell A. Ghaffaar<br>_Debtor(s)_ | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>_Movant_<br>vs.<br>Ozell A. Ghaffaar<br>_Debtor(s)_ | NO. 16-15008 JKF |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 1N4AL3AP3FN309505 2015 Nissan Altima in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  2nd  day of August , 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Ozell A. Ghaffaar
624 Felton Avenue
Sharon Hill, PA 19079

Zachary Perlick, Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532