United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ozell A. Ghaffaar
    Debtor

Case No. 16-15008-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Sep 05, 2017
    Form ID: pdf900    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
```
db             +Ozell A. Ghaffaar,    624 Felton Avenue,    Sharon Hill, PA 19079-2308
13760071       #+Alpha Recovery Corp.,    5660 Greenwood Plaza,    Suite 101,    Englewood, CO 80111-2417
13760073        Aqua PA,    752 W. Lancaster Ave,    Clifton Heights, PA 19018
13760074        Arcadia Recovery,    POB 70256,    Philadelphia, PA 19176-0256
13760075        Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13760076       +Chase Auto,    PO Box 15298,    Wilmington, DE 19850-5298
13760078        Convergent,    800 SW 39th St.,    Pacific, WA 98047
13760079       +Crozer-Keystone Health Systems,    P.O. Box 9800,    Pompano Beach, FL 33075-0800
13775683       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: Directv,    PO Box 11732,    Newark, NJ 07101-4732)
13838552        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13775686       +Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
13775688        FedLoan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
13760080       +Financial Recoveries,    200 East Park Dr. Suite 100,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
13760081       +HAN Emergency Physicians,    POB 8500-13973,    Philadelphia, PA 19178-0001
13775693       +IC System,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
13760084       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13760086       +PENN Medicine,    UPHS Physicians,    POB 824406,    Philadelphia, PA 19182-4406
13760085       +Penn Dental Medicine,    240 S. 40th Street,    Philadelphia, PA 19104-6030
13760088        Philadelphia Parking Authority,    POB 597,    Baltimore, MD 21203-0597
13760089        Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13760090       +Sherri Zhang, MD,    Brandywine Two,    5 Christy Dr., Suite 102,    Chadds Ford, PA 19317-9667
13838023        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13775702       +University of Phoenix,    c/o FBCS, Inc.,    330 S. Warminster Rd.,    Suite 353,
                 Hatboro, PA 19040-3433
13760091       +Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000
13760092       #+Verizon Wireless,    POB 26055,    Minneapolis, MN 55426-0055
13972086        Wells Fargo Bank, N.A.,    Default Document Processing,    Mac# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN  55121-7700
13782516        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
13760093       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
13775706       +Xerox State & Local,    PO Box 41819,    Philadelphia, PA 19101-1819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 06 2017 02:44:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2017 02:43:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2017 02:44:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2017 02:53:54     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13760072        E-mail/Text: bankruptcy@acacceptance.com Sep 06 2017 02:44:03     American Credit Acceptance,
                 POB 204531,    Dallas, TX 75320-4531
13783956       +E-mail/Text: bankruptcy@acacceptance.com Sep 06 2017 02:44:03     American Credit Acceptance,
                 961 E. Main Street,    Spartanburg, SC 29302-2185
13760077        E-mail/Text: bankruptcy@phila.gov Sep 06 2017 02:44:12     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13775684       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 06 2017 02:44:18     Diversified Consultants,
                 10550 Deerwood Park Blvd. 309,    Jacksonville, FL 32256-2805
13775692       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Sep 06 2017 02:44:05     HSN Flexpay Dept.,
                 c/o Hunter Warfield,    4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
13781971        E-mail/Text: bk.notifications@jpmchase.com Sep 06 2017 02:43:53     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13760083        E-mail/Text: bkrnotice@prgmail.com Sep 06 2017 02:44:03     Paragon Revenue Group,
                 216 LE Phillip Ct.,    Concord, NC 28025-2954
13793091       +E-mail/Text: equiles@philapark.org Sep 06 2017 02:44:19     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13796990        E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2017 02:54:02
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13
```

```
District/off: 0313-2         User: Virginia           Page 2 of 2                  Date Rcvd: Sep 05, 2017
                             Form ID: pdf900          Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13775685           Eastern Account System I,   75 Glen Rd Suite 110,    Sandy Hook
13775674*         +Alpha Recovery Corp.,   5660 Greenwood Plaza,   Suite 101,    Englewood, CO 80111-2417
13775675*          American Credit Acceptance,   POB 204531,    Dallas, TX 75320-4531
13775676*          Aqua PA,   752 W. Lancaster Ave,   Clifton Heights, PA 19018
13775677*          Arcadia Recovery,   POB 70256,    Philadelphia, PA 19176-0256
13775680*        ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                  (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                   1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508)
13775678*          Capital One,   P.O. Box 85617,   Richmond, VA 23276-0001
13775679*         +Chase Auto,   PO Box 15298,   Wilmington, DE 19850-5298
13775681*          Convergent,   800 SW 39th St.,   Pacific, WA 98047
13775682*         +Crozer-Keystone Health Systems,   P.O. Box 9800,    Pompano Beach, FL 33075-0800
13775687*         +Enhanced Recovery Company,   PO Box 57547,   Jacksonville, FL 32241-7547
13775689*         +Financial Recoveries,   200 East Park Dr. Suite 100,    PO Box 1388,
                   Mount Laurel, NJ 08054-7388
13760082*         +HAN Emergency Physicians,   POB 8500-13973,   Philadelphia, PA 19178-0001
13775690*         +HAN Emergency Physicians,   POB 8500-13973,   Philadelphia, PA 19178-0001
13775691*         +HAN Emergency Physicians,   POB 8500-13973,   Philadelphia, PA 19178-0001
13775695*         +PECO Bankruptcy Collections,   2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13760087*         +PENN Medicine,   UPHS Physicians,   POB 824406,    Philadelphia, PA 19182-4406
13775697*         +PENN Medicine,   UPHS Physicians,   POB 824406,    Philadelphia, PA 19182-4406
13775698*         +PENN Medicine,   UPHS Physicians,   POB 824406,    Philadelphia, PA 19182-4406
13775694*          Paragon Revenue Group,   216 LE Phillip Ct.,   Concord, NC 28025-2954
13775696*         +Penn Dental Medicine,   240 S. 40th Street,   Philadelphia, PA 19104-6030
13775699*          Philadelphia Parking Authority,   POB 597,   Baltimore, MD 21203-0597
13775700*          Police & Fire Federal Credit Union,   901 Arch Street,    Philadelphia, PA 19107-2495
13775701*         +Sherri Zhang, MD,   Brandywine Two,   5 Christy Dr., Suite 102,    Chadds Ford, PA 19317-9667
13775703*         +Verizon,   PO Box 28000,   Lehigh Valley, PA 18002-8000
13775704*         +Verizon Wireless,   POB 26055,   Minneapolis, MN 55426-0055
13775705*         +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
                                                                             TOTALS: 1, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
         JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
         ZACHARY   PERLICK    on behalf of Debtor Ozell A. Ghaffaar Perlick@verizon.net,
          pireland1@verizon.net
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      OZELL GHAFFAAR          :       CHAPTER 13
                                    :
                                    :
            DEBTOR                  :       BANKRUPTCY No. 16-15008JKF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated:_____

**Date: September 5, 2017**