United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15008-elf
Ozell A. Ghaffaar                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela          Page 1 of 1          Date Rcvd: Oct 05, 2017
                             Form ID: 167          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db            +Ozell A. Ghaffaar,    624 Felton Avenue,    Sharon Hill, PA 19079-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2017 01:53:51     The Bureaus, Inc.,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                    TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on  behalf  of  Creditor    WELLS  FARGO  BANK,  N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              THOMAS I. PULEO    on  behalf  of  Creditor    JPMORGAN  CHASE  BANK,  N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY  PERLICK    on  behalf  of  Debtor Ozell A. Ghaffaar Perlick@verizon.net,
               pireland1@verizon.net
                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ozell A. Ghaffaar
     Debtor(s)

Case No: 16–15008–elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Reconsider Dismissal of Case Filed by Ozell A.
Ghaffaar Represented by ZACHARY PERLICK

on: 10/31/17

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  10/5/17

Timothy B. McGrath
Clerk of Court

65 – 62
Form 167