UNTIED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**OZELL A. GHAFFAAR**                    :         **BKY CASE NO. #16-15008-ELF**

(Debtor's)                    :              **CHAPTER 13**

**<u>PRAECIPE TO RE-SCHEDULE TRUSTEE'S CONFIRMATION HEARING OF THE PLAN</u>**

To the Clerk of Court:

Please re-schedule the Confirmation hearing on the above matter to be heard before the Hon. Chief Judge Eric L. Frank <u>on DECEMBER 5, 2017 AT 10:00AM</u>. in courtroom #1, U.S. Bankruptcy Court, 900 Market Street, 2nd floor, Phila., PA. 19107.

Respectfully submitted,

**<u>/s/LeRoy Wm. Etheridge, Esq</u>**

Staff Attorney for the
Chapter 13 Standing Trustee

Date: 11/2/2017