United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15008-elf
Ozell A. Ghaffaar                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2            Date Rcvd: Nov 02, 2017
                              Form ID: 152                Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db            +Ozell A. Ghaffaar,   624 Felton Avenue,   Sharon Hill, PA 19079-2308
13760071    #+Alpha Recovery Corp.,    5660 Greenwood Plaza,   Suite 101,   Englewood, CO 80111-2417
13760073       Aqua PA,   752 W. Lancaster Ave,   Clifton Heights, PA 19018
13760074       Arcadia Recovery,   POB 70256,   Philadelphia, PA 19176-0256
13760075       Capital One,   P.O. Box 85617,   Richmond, VA 23276-0001
13760076      +Chase Auto,   PO Box 15298,   Wilmington, DE 19850-5298
13760078       Convergent,   800 SW 39th St.,   Pacific, WA 98047
13760079      +Crozer-Keystone Health Systems,   P.O. Box 9800,   Pompano Beach, FL 33075-0800
13775683     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,   PO Box 11732,   Newark, NJ 07101-4732)
13838552       Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
               Carol Stream, IL  60197-5008
13775686      +Enhanced Recovery Company,   PO Box 57547,   Jacksonville, FL 32241-7547
13775688       FedLoan Servicing,   POB 69184,   Harrisburg, PA 17106-9184
13760080      +Financial Recoveries,    200 East Park Dr. Suite 100,   PO Box 1388,
               Mount Laurel, NJ 08054-7388
13760081      +HAN Emergency Physicians,   POB 8500-13973,   Philadelphia, PA 19178-0001
13775693      +IC System,   444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
13760084      +PECO Bankruptcy Collections,   2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13760086      +PENN Medicine,   UPHS Physicians,   POB 824406,   Philadelphia, PA 19182-4406
13760085      +Penn Dental Medicine,   240 S. 40th Street,   Philadelphia, PA 19104-6030
13760088       Philadelphia Parking Authority,   POB 597,   Baltimore, MD 21203-0597
13760089       Police & Fire Federal Credit Union,   901 Arch Street,   Philadelphia, PA 19107-2495
13760090      +Sherri Zhang, MD,   Brandywine Two,   5 Christy Dr., Suite 102,   Chadds Ford, PA 19317-9667
13838023       U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
               Harrisburg, PA 17106-9184
13775702      +University of Phoenix,   c/o FBCS, Inc.,   330 S. Warminster Rd.,   Suite 353,
               Hatboro, PA 19040-3433
13760091      +Verizon,   PO Box 28000,   Lehigh Valley, PA 18002-8000
13760092    #+Verizon Wireless,    POB 26055,   Minneapolis, MN 55426-0055
13972086       Wells Fargo Bank, N.A.,   Default Document Processing,   Mac# N9286-01Y,
               1000 Blue Gentian Road,   Eagan MN  55121-7700
13782516       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
               Eagan MN 55121-7700
13760093      +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
13775706      +Xerox State & Local,   PO Box 41819,   Philadelphia, PA 19101-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 03 2017 01:10:13    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2017 01:09:45
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2017 01:10:10    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13760072       E-mail/Text: bankruptcy@acacceptance.com Nov 03 2017 01:10:02    American Credit Acceptance,
               POB 204531,   Dallas, TX 75320-4531
13783956      +E-mail/Text: bankruptcy@acacceptance.com Nov 03 2017 01:10:02    American Credit Acceptance,
               961 E. Main Street,   Spartanburg, SC 29302-2185
13760077       E-mail/Text: bankruptcy@phila.gov Nov 03 2017 01:10:13    City of Philadelphia,
               Law Department, Enforecment Div.,   1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508
13775684      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 03 2017 01:10:33    Diversified Consultants,
               10550 Deerwood Park Blvd. 309,   Jacksonville, FL 32256-2805
13775692      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 03 2017 01:10:04    HSN Flexpay Dept.,
               c/o Hunter Warfield,   4620 Woodland Corporate Blvd.,   Tampa, FL 33614-2415
13781971       E-mail/Text: bk.notifications@jpmchase.com Nov 03 2017 01:09:42    JPMorgan Chase Bank N.A.,
               National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
13760083       E-mail/Text: bkrnotice@prgmail.com Nov 03 2017 01:10:02    Paragon Revenue Group,
               216 LE Phillip Ct.,   Concord, NC 28025-2954
13793091      +E-mail/Text: equiles@philapark.org Nov 03 2017 01:10:35    Philadelphia Parking Authority,
               701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13796990       E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2017 01:11:47
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13775685       Eastern Account System I,   75 Glen Rd Suite 110,   Sandy Hook

```
District/off: 0313-2          User: Virginia               Page 2 of 2                    Date Rcvd: Nov 02, 2017
                              Form ID: 152                 Total Noticed: 41

13775674*       +Alpha Recovery Corp.,    5660 Greenwood Plaza,    Suite 101,    Englewood, CO 80111-2417
13775675*        American Credit Acceptance,    POB 204531,    Dallas, TX 75320-4531
13775676*        Aqua PA,    752 W. Lancaster Ave,    Clifton Heights, PA 19018
13775677*        Arcadia Recovery,    POB 70256,    Philadelphia, PA 19176-0256
13775680*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13775678*        Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13775679*       +Chase Auto,    PO Box 15298,    Wilmington, DE 19850-5298
13775681*        Convergent,    800 SW 39th St.,    Pacific, WA 98047
13775682*       +Crozer-Keystone Health Systems,    P.O. Box 9800,    Pompano Beach, FL 33075-0800
13775687*       +Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
13775689*       +Financial Recoveries,    200 East Park Dr. Suite 100,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
13760082*       +HAN Emergency Physicians,    POB 8500-13973,    Philadelphia, PA 19178-0001
13775690*       +HAN Emergency Physicians,    POB 8500-13973,    Philadelphia, PA 19178-0001
13775691*       +HAN Emergency Physicians,    POB 8500-13973,    Philadelphia, PA 19178-0001
13775695*       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13760087*       +PENN Medicine,    UPHS Physicians,    POB 824406,    Philadelphia, PA 19182-4406
13775697*       +PENN Medicine,    UPHS Physicians,    POB 824406,    Philadelphia, PA 19182-4406
13775698*       +PENN Medicine,    UPHS Physicians,    POB 824406,    Philadelphia, PA 19182-4406
13775694*        Paragon Revenue Group,    216 LE Phillip Ct.,    Concord, NC 28025-2954
13775696*       +Penn Dental Medicine,    240 S. 40th Street,    Philadelphia, PA 19104-6030
13775699*        Philadelphia Parking Authority,    POB 597,    Baltimore, MD 21203-0597
13775700*        Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13775701*       +Sherri Zhang, MD,    Brandywine Two,    5 Christy Dr., Suite 102,    Chadds Ford, PA 19317-9667
13775703*       +Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000
13775704*       +Verizon Wireless,    POB 26055,    Minneapolis, MN 55426-0055
13775705*       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
                                                                                             TOTALS: 1, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Ozell A. Ghaffaar Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Ozell A. Ghaffaar
    Debtor(s)

Case No: 16−15008−elf
Chapter: 13

___

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 12/5/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

72
Form 152