**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        OZELL GHAFFAAR        :        CHAPTER 13
:
:
DEBTOR        :        BANKRUPTCY No. 16-15008 ELF

## **O R D E R**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed to Debtor's counsel in the following amounts:

| | |
|---|---|
| Compensation | $4,500.00 |
| Expenses | $    20.00 |
| Attorney fee already paid by Debtor | $      0.00 |
| Net amount to be paid by Trustee | $4,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

Dated: 2/13/18

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**