# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-15008-ELF

OZELL A. GHAFFAAR

624 FELTON AVENUE

SHARON HILL, PA 19079

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

OZELL A. GHAFFAAR

624 FELTON AVENUE

SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 9/25/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee