# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-15008-ELF

OZELL A. GHAFFAAR

624 FELTON AVENUE

SHARON HILL, PA 19079

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    OZELL A. GHAFFAAR

    624 FELTON AVENUE

    SHARON HILL, PA 19079

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                /S/ William C. Miller

Date: 3/3/2020                                _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee