United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ozell A. Ghaffaar  
    Debtor

Case No. 16-15008-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 28, 2021      Form ID: 138NEW      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ozell A. Ghaffaar, 624 Felton Avenue, Sharon Hill, PA 19079-2308 |
| 13760073 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 13760074 | | Arcadia Recovery, POB 70256, Philadelphia, PA 19176-0256 |
| 13760076 | + | Chase Auto, PO Box 15298, Wilmington, DE 19850-5298 |
| 13760078 | | Convergent, 800 SW 39th St., Pacific, WA 98047 |
| 13760079 | + | Crozer-Keystone Health Systems, P.O. Box 9800, Pompano Beach, FL 33075-0800 |
| 13775688 | | FedLoan Servicing, POB 69184, Harrisburg, PA 17106-9184 |
| 13760080 | + | Financial Recoveries, 200 East Park Dr. Suite 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13760081 | + | HAN Emergency Physicians, POB 8500-13973, Philadelphia, PA 19178-0001 |
| 13775693 | + | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 13760084 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 13760086 | + | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 13760085 | + | Penn Dental Medicine, 240 S. 40th Street, Philadelphia, PA 19104-6030 |
| 13760088 | | Philadelphia Parking Authority, POB 597, Baltimore, MD 21203-0597 |
| 13760089 | | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13760090 | + | Sherri Zhang, MD, Brandywine Two, 5 Christy Dr., Suite 102, Chadds Ford, PA 19317-9667 |
| 13838023 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13775702 | + | University of Phoenix, c/o FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 13972086 | # | Wells Fargo Bank, N.A., Default Document Processing, Mac# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 13782516 | # | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 13760093 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 13775706 | + | Xerox State & Local, PO Box 41819, Philadelphia, PA 19101-1819 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:35:33 | The Bureaus, Inc., c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13760072 | | Email/Text: bankruptcy@acacceptance.com | Jul 28 2021 23:26:00 | American Credit Acceptance, POB 204531, Dallas, TX 75320-4531 |
| 13783956 | + | Email/Text: bankruptcy@acacceptance.com | Jul 28 2021 23:26:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2185 |
| 13760077 | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 13760075 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:35:11 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13775683 | | Email/Text: G06041@att.com | Jul 28 2021 23:26:00 | Directv, PO Box 11732, Newark, NJ 07101-4732 |
| 13838552 | | Email/Text: G06041@att.com | Jul 28 2021 23:26:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13775684 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 28 2021 23:26:00 | Diversified Consultants, 10550 Deerwood Park Blvd. 309, Jacksonville, FL 32256-2805 |
| 13775686 | + | Email/Text: bknotice@ercbpo.com | Jul 28 2021 23:26:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 13775692 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jul 28 2021 23:26:00 | HSN Flexpay Dept., c/o Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 14055101 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2021 23:26:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13781971 | | Email/Text: bk.notifications@jpmchase.com | Jul 28 2021 23:25:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13760083 | | Email/Text: bkrnotice@prgmail.com | Jul 28 2021 23:26:00 | Paragon Revenue Group, 216 LE Phillip Ct., Concord, NC 28025-2954 |
| 13793091 | + | Email/Text: bankruptcy@philapark.org | Jul 28 2021 23:26:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13796990 | | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:35:25 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13760091 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2021 23:25:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 13760092 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2021 23:25:00 | Verizon Wireless, POB 26055, Minneapolis, MN 55426-0055 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13775685 | | Eastern Account System I, 75 Glen Rd Suite 110, Sandy Hook |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 13775674 | *+ | Alpha Recovery Corp., 5660 Greenwood Plaza, Suite 101, Englewood, CO 80111-2417 |
| 13775675 | * | American Credit Acceptance, POB 204531, Dallas, TX 75320-4531 |
| 13775676 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 13775677 | * | Arcadia Recovery, POB 70256, Philadelphia, PA 19176-0256 |
| 13775680 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 13775678 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13775679 | *+ | Chase Auto, PO Box 15298, Wilmington, DE 19850-5298 |
| 13775681 | * | Convergent, 800 SW 39th St., Pacific, WA 98047 |

Case 16-15008-elf   Doc 112   Filed 07/30/21   Entered 07/31/21 00:36:14   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| | | |
|---|---|---|
| 13775682 | *+ | Crozer-Keystone Health Systems, P.O. Box 9800, Pompano Beach, FL 33075-0800 |
| 13775687 | *+ | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 13775689 | *+ | Financial Recoveries, 200 East Park Dr. Suite 100, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13760082 | *+ | HAN Emergency Physicians, POB 8500-13973, Philadelphia, PA 19178-0001 |
| 13775690 | *+ | HAN Emergency Physicians, POB 8500-13973, Philadelphia, PA 19178-0001 |
| 13775691 | *+ | HAN Emergency Physicians, POB 8500-13973, Philadelphia, PA 19178-0001 |
| 13775695 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 13760087 | *+ | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 13775697 | *+ | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 13775698 | *+ | PENN Medicine, UPHS Physicians, POB 824406, Philadelphia, PA 19182-4406 |
| 13775694 | * | Paragon Revenue Group, 216 LE Phillip Ct., Concord, NC 28025-2954 |
| 13775696 | *+ | Penn Dental Medicine, 240 S. 40th Street, Philadelphia, PA 19104-6030 |
| 13775699 | * | Philadelphia Parking Authority, POB 597, Baltimore, MD 21203-0597 |
| 13775700 | * | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13775701 | *+ | Sherri Zhang, MD, Brandywine Two, 5 Christy Dr., Suite 102, Chadds Ford, PA 19317-9667 |
| 13775703 | *+ | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 13775704 | *+ | Verizon Wireless, POB 26055, Minneapolis, MN 55426-0055 |
| 13775705 | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 13760071 | ##+ | Alpha Recovery Corp., 5660 Greenwood Plaza, Suite 101, Englewood, CO 80111-2417 |

TOTAL: 1 Undeliverable, 27 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Ozell A. Ghaffaar Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Ozell A. Ghaffaar
      Debtor(s)

Bankruptcy No: 16−15008−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 7/28/21

                                        111 − 106
                                        Form 138_new